Department of Education suspending petitioner's license to practice podiatry and his registration as such for a period of two years. Petitioner was charged with the unlawful practice of medicine on two women. Petitioner's answer must be regarded as an admission of the charge against him. In addition to that the proof shows that there is ample evidence to sustain the findings of the Department of Education and that the determination of that tribunal is in accord with the weight of the credible evidence. Petitioner urges that the punishment imposed is entirely disproportionate to his offense. Where the punishment imposed by the Department of Education is reasonable, as in this case, this court will not substitute its judgment for that of the Department of Education. Determination unanimously confirmed, without costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Petition of NEW YORK WATER SERVICE CORPORATION, Petitioner, for an Order of Certiorari Directed to WATER POWER AND CONTROL COMMISSION OF THE DEPARTMENT OF CONSERVATION OF THE STATE OF NEW YORK, Respondent. Re Water Supply Application No. 624 Modifying Decision Dated February 6, 1935. In the Matter of the Petition of NEW YORK WATER SERVICE CORPORATION, Petitioner, for an Order of Certiorari Directed to WATER POWER AND CONTROL COMMISSION OF THE DEPARTMENT OF CONSERVATION OF THE STATE OF NEW YORK, Respondent. Re Water Supply Application No. 750. In the Matter of the Petition of NEW YORK WATER SERVICE CORPORATION, Petitioner, for an Order of Certiorari Directed to WATER POWER AND CONTROL COMMISSION OF THE DEPARTMENT OF CONSERVATION OF THE STATE OF NEW YORK, Respondent. Re Water Supply Application No. 940. In the Matter of the Petition of NEW YORK WATER SERVICE CORPORATION, Petitioner, for an Order of Certiorari Directed to WATER POWER AND CONTROL COMMISSION OF THE DEPARTMENT OF CONSERVATION OF THE STATE OF NEW YORK, Respondent. Re Water Supply Application No. 1009.— Motions by the city of New York for orders resettling orders entered February 14, 1939, denied, with ten dollars costs in one motion. [See ante, p. 80; Id. 858; Id. 858; Id. 858; Id. 883.] Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

## (March 22, 1939.)

ALFRED H. LYON, as Surviving Executor, etc., of ADDISON J. LYON, Deceased, Respondent, v. CITY OF BINGHAMTON, Appellant.— Motion for leave to appeal to the Court of Appeals entertained, and denied, nunc pro tunc, as of March 22, 1939. Decision of motion handed down nunc pro tunc, as of March 22, 1939. [See ante, p. 397.] Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.